446 A.2d 697

Singzon v. Singzon, Appellant.

Argued November 6, 1981. Sidney Apfelbaum, for appellant; Vincent B. Makowski, for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The order of the lower court is vacated and case remanded. Jurisdiction relinquished.

May 28, 1982.

446 A.2d 697

Beaver v. Sabo, Appellants.

Argued February 10, 1982. Samuel C. Holland, for appellants; Robert E. Kunselman, for appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment affirmed.